**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

MICHELLE LASH,

           Petitioner

      v.

WORKERS' COMPENSATION APPEAL
BOARD (JAY FOULKROAD AND SON,
INC.),

           Respondent

: No. 36 MAL 2015
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.